```
 1  STEPHEN D. DEMIK
    California State Bar No. 221167
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5030
    Telephone No. (619) 234-8467
 4  Email: Stephen_Demik@fd.org

 5  Attorneys for Ms. Lagario
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8396 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| YVETTE LAGARIO, | ) | |
| | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance replacing attorney, Victor Pippins in the above-captioned case.

                                             Respectfully submitted,

Dated:  June 1, 2008                 /s/ *STEPHEN D. DEMIK*
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
                                              Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated:  June 1, 2008                          /s/ STEPHEN D. DEMIK
                                                       Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA  92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        Stephen_Demik@fd.org (email)